# GRAND RAPIDS POLICE DEPARTMENT
## INCIDENT REPORT FORM

| Inc Number |
|---|
| 21-016311 |

| Report Date/Time | Date/Time - Between | and/or On | Original Reporting Officer |
|---|---|---|---|
| 03/18/2021 / 20 53 hrs | / | 03/18/2021 / 20 53 hrs | Stevens, Douglas #179 |

| Offense Descriptions | Offense Code | | Attempt | PT | WT | BM | TA | PN |
|---|---|---|---|---|---|---|---|---|
| 1. Field Contact Report | 9630 | Local | C | | | | | |
| 2. | | | | | | | | |
| 3. | | | | | | | | |
| 4. | | | | | | | | |

| Location of Incident | DIVISION AV  S | Beat Area **C3** | ☐ Alcohol Related |
|---|---|---|---|
| Intersection | CHERRY ST SE | Grand Rapids MI | ☐ Drug Use Suspected |
| | | | ☐ Computer Involved |

### INVESTIGATION DETAILS

| Invest. Type | Status | Date Assign | | 
|---|---|---|---|
| MCT1 | 08-Completed | 3/18/2021 | 3/19/2021 |

| Investigator Assigned | Disposition | Solve |
|---|---|---|
| | | 50 |

Invest. Supv. Review By

### RELATED INCIDENT NUMBERS / TITLES

Rel. Inc Num.    Off Code    Offense Title

### Assisting Officers

Abraham, Grant #560

Middleton, Andrew #062
Stephens, Kaylyn #207

### Parties Involved

| Subject Status | Last Name, First, Middle | Age | Race | Sex | DOB | Eyes | Hair |
|---|---|---|---|---|---|---|---|
| Suspect | DAVIS, JERMAINE WILL  B/M | 35 to | B | M | | | |

| | MI | Ht   to | Wt   to | Ask-in Date / Time    / |
|---|---|---|---|---|

| Positive ID Type | State ID Number | Phone Type | Phone Number | Additional & Clothing Description |
|---|---|---|---|---|
| | | Cell | | |

| Subject Status | Last Name, First, Middle | Age | Race | Sex | DOB | Eyes | Hair |
|---|---|---|---|---|---|---|---|
| Suspect | DAVIS, JERMAINE WILL  B/M | 35 to | B | M | | | |

| | MI | Ht   to | Wt   to | Ask-in Date / Time    / |
|---|---|---|---|---|

| Positive ID Type | State ID Number | Phone Type | Phone Number | Additional & Clothing Description |
|---|---|---|---|---|
| | | Cell | | |

# GRAND RAPIDS POLICE DEPARTMENT
## CAD EVENT REPORT

Agency: GRP

| Call Location (Address) | Apt | Beat | Call Type | Priority | Clr Type |
|---|---|---|---|---|---|
| AtLoc: S DIVISION AVE / HALL ST SW | | S7 | STOP | 5 | RPT |
| Call Source: FIELD INITIATED  3/18/2021 / 20:53:24 | | | | | |

### Vehicles
| Veh. Plate | Type | State | Role |
|---|---|---|---|

### Names / Caller
| First Name | Last Name | Phone | Address |
|---|---|---|---|

### Personnel Assigned

| Unit ID | Badge | User ID |
|---|---|---|
| 1550 | 543 | tjohnston |
| 1552 | 174 | jvandenberg |
| 1553 | 220 | cbacon |
| 1581 | 066 | pmartin |
| 1581 | 066 | pmartin |
| 1752 | 5 | ccarlson |
| 1858 | 179 | dstevens |
| 1951 | 312 | esaxe |
| 1956 | 62 | amiddleton |
| 1956 | 207 | kstephens |

### Call Narrative

3/18/2021 / 8:53:24 PM - MADAMS - 1483 / - NB DIV FROM STEVENS

3/18/2021 / 8:53:53 PM - MADAMS - 1951 DRIVER KNOWN TO CARRY A FIREARM — **FALSE— NO REPORTS OF THA[T]** *(handwritten annotation)*

3/18/2021 / 8:53:39 PM - MADAMS - AT THE LIGHT TO GO EB HALL

3/18/2021 / 8:54:12 PM - MADAMS - CONT NB DIV FROM HALL

3/18/2021 / 8:54:39 PM - MADAMS - PASSING DELAWARE

3/18/2021 / 8:55:15 PM - MADAMS - NB PASSING PLEASANT

3/18/2021 / 8:55:03 PM - MADAMS - STOPPED PC HAND TO HAND AT 110 HALL

3/18/2021 / 8:55:43 PM - MADAMS - MIDDLE LANE. LOOKS TO STILL GO NB

3/18/2021 / 8:55:35 PM - MADAMS - AT WEALTHY

3/18/2021 / 8:56:08 PM - MADAMS - NB DIV FROM WEALTHY

3/18/2021 / 8:56:25 PM - MADAMS - 40 MPH

3/18/2021 / 8:56:31 PM - MADAMS - STOPPED AT CHERRY LIGHT

3/18/2021 / 8:56:49 PM - MADAMS - 1858 CURBING IT NORTH OF CHERRY

3/18/2021 / 8:57:38 PM - MADAMS - FACING NB, DRIVER IS COMPLIANT

3/18/2021 / 8:58:16 PM - MADAMS - NEED SB DIVISION STOPPED

3/18/2021 / 8:59:07 PM - MADAMS - DRIVER OUT, COMPLIANT

3/18/2021 / 8:59:50 PM - MADAMS - CAR*

| Hold Time | Ofc Resp Time | Tot Resp Time | |
|---|---|---|---|
| 0:00:00 | 0:00:00 | 0:00:00 | S DIVISION AVE / HALL ST SW |

GRAND RAPIDS POLICE DEPARTMENT
CAD EVENT REPORT

*Agency:* GRP

3/18/2021 / 8:59:48 PM - ▒▒▒▒ - 1203 - CLEARING THE AR

3/18/2021 / 9:00:27 PM - ▒▒▒▒ - CAR CLEAR. NORMAL TRAFFIC. SB CAN OPEN

| Resp Time | Ofc Resp Time | Tot Resp Time | |
|---|---|---|---|
| 0:00:00 | 0:00:00 | 0:00:00 | S ▒▒▒▒ N AVE / HALL ST SW |

3/18/2021 / 8:59:48 PM - ▒▒▒▒ - 1203 - CLEARING THE AR

| Report Date/Time | Date/Time - Between | and/or On | | | Inc Number |
|---|---|---|---|---|---|
| 03/18/2021  / 20 53 hrs | / | 03/18/2021  / 20 53 hrs | | | 21-016311 |

### Vehicles Involved

| Veh Status | Color | Veh. Yr | Make | Model | Body | Plate | Tag Yr | State |
|---|---|---|---|---|---|---|---|---|
| Suspect | BLK | 2012 | MERCEDES BENZ | | FOUR DOOR | ▮ | 2021 | MI |

| Insurance Co. | VIN | Additional Description / Notes |
|---|---|---|
| | ▮ | |

### Property Involved

| Narrative | Reporting Officer: |
|---|---|
| Rpt Date / Time:  3/18/2021   / 20:53 | Stevens, Douglas #179 |

SUSPECT: Jermaine Will Davis, B/M, ▮

VEHICLE: MI reg. ▮; 2012 Mercedes Benz

INFORMATION: ▮ asked for a patrol unit to initiate a traffic stop on the above listed vehicle near Division S and Hall. Information was relayed that there was probable cause to stop the vehicle based on observations at 110 Hall SW, Hall Street Party Store.

Officer Saxe also advised he had taken complaints regarding the driver of the vehicle being CCW. R/O is also aware that Hall Street Party Store has had several weapon offenses taking place inside and outside the business.

Detectives continued to provide direction of travel before R/O pulled behind the vehicle at Division and Wealthy with the vehicle continuing north.

TRAFFIC STOP: R/O initiated a high risk traffic stop based on the information which had been received. The stop was conducted on Division S after the driver pulled over to curb, north of Cherry.

R/O had Jermaine exit the vehicle where he was eventually secured in handcuffs by Officer J. Smith and searched locating no weapons or drugs.

Jermaine was cooperative during the traffic stop and complied with commands given to him.

VEHICLE SEARCH: R/O utilized K9 Jack for a search of the vehicle, based on probable cause ▮ with K9 Jack showing alerts around the driver's seat. A search of the vehicle located a vial underneath the driver's seat, with white residue around it, and a rock inside. The residue could not be collected as underneath the seat was carpet.

ADDITIONAL: Jermaine advised he had been at 110 Hall SW and had been inside. He further advised he isn't involved with weapons anymore, but had previously.

Jermaine was advised of the reason for the traffic stop and released on-scene.

R/O cleared without further.

(ORIGINAL)