# GRAND RAPIDS POLICE DEPARTMENT
## INCIDENT REPORT FORM

**Inc Number:** 20-007779

| Report Date/Time | Date/Time - Between | and/or On | Original Reporting Officer |
|---|---|---|---|
| 02/01/2020 / 19 58 hrs | / | 02/01/2020 / 19 39 hrs | Gregory, Zachary #064 |

| Offense Descriptions | Offense Code | | Attempt | PT | WT | BM | TA | PN |
|---|---|---|---|---|---|---|---|---|
| 1. WEAPONS OFFENSE (OTHER) | 5299 | 52003 | C | 13 | 11 | 00 | | P |
| 2. | | | | | | | | |
| 3. | | | | | | | | |
| 4. | | | | | | | | |

**Location of Incident:** 10■ ARDMORE ST SE
**Intersection:**
**Beat Area:** E2
**GRAND RAPIDS MI**

☐ Alcohol Related
☐ Drug Use Suspected
☐ Computer Involved

## INVESTIGATION DETAILS

| Invest. Type | Status | Date Assign | |
|---|---|---|---|
| MCT2 | 07-No Cooper. | 2/1/2020 | 2/18/2020 |

| Investigator Assigned | Disposition | Solve |
|---|---|---|
| Harmon, Shawn #045 | | 50 |

**Invest. Supv. Review By:** Purlee, John #540

### RELATED INCIDENT NUMBERS / TITLES
Rel. Inc Num.   Off Code   Offense Title

### Assisting Officers
Saxe, Evan #312

## Parties Involved

| Subject Status | Last Name, First, Middle | Age | Race | Sex | DOB | Eyes | Hair |
|---|---|---|---|---|---|---|---|
| Suspect | DAVIS, JERMAINE WILL B/M | 34 to | B | M | ■ | BRO | |

6934 Interurban Av Sw
GRAND RAPIDS   MI  49548-7100
Ht 509 to    Wt 165 to    Ask-in Date / Time  /

| Positive ID Type | State | ID Number | Phone Type | Phone Number | Additional & Clothing Description |
|---|---|---|---|---|---|
| Drivers Lic | MI | ■ | | | |

| Subject Status | Last Name, First, Middle | Age | Race | Sex | DOB | Eyes | Hair |
|---|---|---|---|---|---|---|---|
| Victim | ■ | 25 to | W | M | ■ | GRN | |

■
Ht 506 to    Wt 165 to    Ask-in Date / Time  /

| Positive ID Type | State | ID Number | Phone Type | Phone Number | Additional & Clothing Description |
|---|---|---|---|---|---|
| Drivers Lic | MI | ■ | ■ | ■ | |

| Subject Status | Last Name, First, Middle | | Age | Race | Sex | DOB | Eyes | Hair |
|---|---|---|---|---|---|---|---|---|
| Other | ■ | U/F | 27 to | U | F | ■ | BRO | |

■
Ht 500 to    Wt 160 to    Ask-in Date / Time  /

| Positive ID Type | State | ID Number | Phone Type | Phone Number | Additional & Clothing Description |
|---|---|---|---|---|---|
| Drivers Lic | MI | ■ | | | |

| Report Date/Time | Date/Time - Between | and/or On | | Inc Number |
|---|---|---|---|---|
| 02/01/2020 / 19 58 hrs | / | 02/01/2020 / 19 39 hrs | | 20-007779 |

### Vehicles Involved

| Veh Status | Color | Veh. Yr | Make | Model | Body | Plate | Tag Yr | State |
|---|---|---|---|---|---|---|---|---|
| Suspect | BLK | 2012 | MERCEDES BENZ | CLS | FOUR DOOR | | 2020 | MI |

| Insurance Co. | VIN | Additional Description / Notes |
|---|---|---|
| | | |

### Property Involved

**Narrative**  
Rpt Date / Time: 2/1/2020 / 19:58

*Reporting Officer:*  
Gregory, Zachary #064

On the above date and time, Officer SAXE and I, Officer GREGORY were dispatched to the above listed address to speak with the victim of a weapons brandished incident.

Officers arrived on scene and spoke with a ▓▓▓ stated that he was leaving the Meijer at 28th St and Kalamazoo Ave. He was NB on Kalamazoo Ave at Alger St and stopped at the red light. He stated that there was a black vehicle bearing MI Registration '▓▓▓ to the right of him also in the NB lane. He stated that as the light turned green, the vehicle next to him speed up, cut him off and slammed on his brakes. He stated that once both vehicle got to the red light at Kalamazoo Ave and Burton St, the suspect vehicle exited his vehicle and went to his trunk area. ▓▓▓ stated that he drove around this vehiccle and turned WB onto Burton St. ▓▓▓ stated that the vehicle then began following him so he pulled onto Alto St and exited his vehicle. The suspect also exited his vehicle and approached ▓▓▓ where a verbal altercation ensued. ▓▓▓ stated that he began retreating towards his vehicle and the suspect asked him if he was going for a weapon to which he responded that he was not. He stated that the subject then lifted up his jacket showing a handgun in his waistband. ▓▓▓ stated that the handgun was black in color and resembled the one that I was carrying. ▓▓▓ stated that the subject told him that he would be seeing him around. He stated that the subject looked at his car, stated what it was and told him that he must live in the area and would be back to see him.

▓▓▓ described the subject as being between 5'6"-5'8", athletic build, scruffy facial hair, black coat, dark jeans, black or dark blue winter hat.

▓▓▓ was ordered into the DB on 02/03/2020 at 09:00 hours but stated that he had other obligations and would contact tht DB to reschedule.

Upon further investigation, it was determined that the last time the above listed vehicle was stopped by GRPD, it was driven by a JERMAINE WILL DAVIS. DAVIS also has an SOS address the same as the registered owner of the vehicle. ▓▓▓

This information was broadcast to KCSD as the suspect lives in their jurisdiction.

ICV and BWC were activated

| Report Date/Time | Date/Time - Between | and/or On | | Inc Number |
|---|---|---|---|---|
| 02/18/2020  / 09 40 hrs | / | 02/01/2020  / 19 39 hrs | | 20-007779 |

*Narrative*

Rpt Date / Time:  2/18/2020  / 9:40    Follow-Up Report

*Reporting Officer:* Harmon, Shawn #045

2/3/20 - I was assigned this case for followup investigation on the listed date and reviewed the original incident report written by Officer Gregory.

Per the report, the victim ▓▓▓▓, was ordered to appear in the DB on Monday, 2/3 at 0900 hrs. ▓▓▓ advised Officer Gregory that he had other obligations, but would contact the DB to reschedule the appointment.

I created a "case" within the Axon BWC Program under this report number. I then proceeded to save the related BWC footage into the "case" in order to ensure it would be retained.

----------

2/4/20 - ▓▓▓▓ failed to appear in the DB, nor did he call to reschedule his appointment on 2/3.

Regardless, I composed an Officer Safety Flyer regarding Jermaine Davis and the listed Mercedes Benz. The flyer was disseminated to all sworn personnel/ECO's for officer safety purposes.

----------

2/18/20 - To the best of my knowledge ▓▓▓▓ has not appeared in, or contacted the PD further regarding this complaint. Using the telephone number listed in the original report, I called ▓▓▓. The call rang for some time, before then being disconnected. Because of this, no VM was left for ▓▓▓.

Given the situation, this case will be closed. In the event ▓▓▓ follows up with the PD and requests the case be reopened, it can be reassigned to this investigator at that point.

Closed - 07

Nothing further.

----------