| Report Date/Time | Date/Time - Between | and/or On | | Inc Number |
|---|---|---|---|---|
| 03/18/2021 / 21 36 hrs | / | 03/18/2021 / 20 53 hrs | | 21-016311 |

| Narrative | Reporting Officer: |
|---|---|
| Rpt Date / Time: 3/18/2021 / 21:36 | Stevens, Douglas #179 |

SUSPECT: Jermaine Will Davis, B/M, ▓▓▓▓▓

VEHICLE: MI reg. WALLST; 2012 Mercedes Benz

INFORMATION: ▓▓▓▓▓▓▓ asked for a patrol unit to initiate a traffic stop on the above listed vehicle near Division S and Hall. Information was relayed that there was probable cause to stop the vehicle based on observations at 110 Hall SW, Hall Street Party Store.

Officer Saxe also advised he had taken complaints regarding the driver of the vehicle being CCW. R/O is also aware that Hall Street Party Store has had several weapon offenses taking place inside and outside the business. **FALSE**

Detectives continued to provide direction of travel before R/O pulled behind the vehicle at Division and Wealthy with the vehicle continuing north.

TRAFFIC STOP: R/O initiated a high risk traffic stop based on the information which had been received. The stop was conducted on Division S after the driver pulled over to curb, north of Cherry.

R/O had Jermaine exit the vehicle where he was eventually secured in handcuffs by Officer J. Smith and searched locating no weapons or drugs.

Jermaine was cooperative during the traffic stop and complied with commands given to him.

VEHICLE SEARCH: R/O utilized K9 Jack for a search of the vehicle, based on probable cause per ▓▓▓▓▓▓▓, with K9 Jack showing alerts around the driver's seat. A search of the vehicle located a vial underneath the driver's seat, with white residue around it, and a rock inside. The residue could not be collected as underneath the seat was carpet.

LEIN/SOS: Jermaine was NIL No with a valid MI OPS.

ADDITIONAL: Jermaine advised he had been at 110 Hall SW and had been inside. He further advised he isn't involved with weapons anymore, but had previously.

Jermaine was advised of the reason for the traffic stop and released on-scene.

R/O cleared without further.

| Narrative | Reporting Officer: |
|---|---|
| Rpt Date / Time: 8/18/2021 / 23:21    Follow-Up Report | ▓▓▓▓▓ |

Sgt. Alcala contacted me regarding a stop that occurred on 3/18/2021. I had requested a PC stop on a black Mercedes driven by Jermaine Davis.

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. This parking lot is known to be a high crime area involving weapon and drug offenses as well as violent crime. ▓▓▓▓▓▓▓▓▓▓▓

I ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ observed the listed vehicle driven by Jermaine. I saw a hand-to-hand transaction with Jermaine. I requested nearby units to conduct a traffic stop after my observations based on probable cause.

(REVISED)